


APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

FILED
OCT -1 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

AAMCO Transmissions, Inc.

v.

Kanwar D. Suri and
Las Colinas Transmissions, Inc.

12    5568

Civil Action
No: _____

## DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒ The nongovernmental corporate party, AAMCO Transmissions, Inc. , in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

American Driveline Systems, Inc.

9/28/12
Date

_____
Signature

Counsel for:   AAMCO Transmissions, Inc.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
(a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
(b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
    (1)    file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
    (2)    promptly file a supplemental statement upon any change in the information that the statement requires.